**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | |
| **SHARQAWI ABDU ALI AL-HAJJ** ) | |
| **(ISN 1457)** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 09-745 (RCL)** |
| **BARACK H. OBAMA**, *et al.*, ) | |
| ) | |
| **Respondents.** ) | |
| ) | |
| ) | |

## ORDER

In accordance with the status conference held on October 21, 2010, it is hereby

ORDERED that Petitioner's motion to strike statements from Respondents' factual return be filed no later than December 1, 2010; and it is further

ORDERED that Respondents' response to Petitioner's motion be filed no later than January 21, 2011; and it is further

ORDERED that Petitioner's reply to Respondents' response be filed no later than February 4, 2011; and it is further

ORDERED that Respondents' notice, if any, that they will move to compel filing of a traverse (without Respondents having to amend their factual return) be filed no later than November 30, 2010.

SO ORDERED this 28th day of October 2010.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court